IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                ORDER

                   Plaintiff,

                                    13-cv-109-bbc

      v.

ONE 2004 PONTIAC GTO, VIN:
6G2VX12G54L211238 and
GREGORY W. DENMAN,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Counsel for plaintiff has advised the court that the parties have reached a settlement.
They may have 30 days in which to complete the settlement.  If settlement has not been
accomplished by that time, plaintiff is to report on the status of the matter at a telephone
conference on June 12, 2013, at 8:30 a.m.  Plaintiff's counsel is to initiate the conference call
to chambers at (608) 264-5447.  If, before June 12, 2013, plaintiff's counsel has advised the
court that it may enter its standard order of dismissal or has filed a statement confirming

1

settlement, the status conference will be canceled.

      Entered this 16th day of May, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge