IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 13-cv-109

ONE 2004 PONTIAC GTO,
VIN: 6G2VX12G54L211238

    Defendant.

---

ORDER OF FORFEITURE

---

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1.    The Stipulated Settlement Agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2.    The $5,000 as substitute *res* for the 2004 Pontiac GTO, VIN: 6G2VX12G54L211238 is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4).

3.    The government is to return the 2004 Pontiac GTO, VIN: 6G2VX12G54L211238 to Gregory Denman, through his attorney Hal Harlowe, Murphy Desmond S.C., 33 East Main Street, Suite 500, P.O. Box 2038, Madison, WI 53701-2038.

    4.    The United States Marshal is directed to dispose of the $5,000 substitute *res* in accordance with federal law.

ORDERED this 29th day of May 2013.

BARBARA B. CRABB
United States District Judge